

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00155-CV**

**IN RE WOODBINE PRODUCTION CORP., LOIN ENERGY CORP., ACTIVA RESOURCES, LLC, FIVE STATES ENERGY CAPITAL FUND I, LLC, LARRY T. LONG, THE LONG TRUSTS, AND LONG PROPERTIES TRUST**

_____

**Original Proceeding**

**ORDER**

Relator's Petition for Writ of Mandamus was filed on May 3, 2019. The Court requests a response from the parties to the proceeding. _See_ TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 35 days from the date of this order.

PER CURIAM

Before Chief Justice Gray, and
     Justice Neill
Response requested
Order issued and filed May 15, 2019

